# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-217-FDW-DCK

| | |
|---|---|
| SIA ABRASIVES, INC., USA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JOSEPH DANIELS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by John F. Morrow, Jr., concerning Matthew A. Hood on May 14, 2019. Mr. Matthew A. Hood seeks to appear as counsel *pro hac vice* for Plaintiff Sia Abrasives, Inc. USA. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Mr. Matthew A. Hood is hereby admitted *pro hac vice* to represent Plaintiff Sia Abrasives, Inc. USA.

**SO ORDERED**.

Signed: May 14, 2019

David C. Keesler
United States Magistrate Judge