IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-217-FDW-DCK

| | |
|---|---|
| SIA ABRASIVES, INC., USA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| JOSEPH DANIELS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by John F. Morrow, Jr., concerning Andrew H. Stuart on May 14, 2019. Mr. Andrew H. Stuart seeks to appear as counsel *pro hac vice* for Plaintiff Sia Abrasives, Inc. USA. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Mr. Andrew H. Stuart is hereby admitted *pro hac vice* to represent Plaintiff Sia Abrasives, Inc. USA.

**SO ORDERED**.

Signed: May 14, 2019

David C. Keesler
United States Magistrate Judge